Writ refused. Only a factual question is presented and on the facts found by the Court of Appeal, there is no error of law in its judgment as to this application.

190 So.2d 236

**STATE of Louisiana ex rel. Percy Joseph BUECHE**

v.

**Bryan CLEMMONS, Sheriff of East Baton Rouge Parish.**

No. 48396.

Oct. 5, 1966.

In re: Percy Joseph Bueche applying for writs of certiorari, mandamus and prohibition.

Writ refused. On the facts found by the trial court the result is correct.